**Steve Carl CHADWICK–EL, Plaintiff—Appellant,**

v.

**Patricia S. CONNOR, U.S. Court Clerk, Defendant—Appellee.**

No. 10–6339.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 5, 2010.

Steve Carl Chadwick–El, Appellant Pro Se.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Carl Chadwick–El appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Chadwick–El v. Connor,* No. 1:09–cv–03331–RDB (D.Md. Jan. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*